From: **gofreedman** gofreedman@aol.com
Subject: **RE: April dates CORRECTED**
Date: **March 29, 2013 at 10:49 AM**
To: RSM-2    gofreedman@aol.com

Got it. April 3,4,9,15,16,24,25. Thanx

Connected by DROID on Verizon Wireless

-----Original message-----

From: RSM-2
To: "GOFREEDMAN@aol.com" <GOFREEDMAN@aol.com>
Sent: Fri, Mar 29, 2013 13:10:46 GMT+00:00
Subject: RE: April dates CORRECTED

Yes, ▮ was a hit! You did a great job with him. ▮ was in his office all afternoon Thursday. I knew we were right on the verge of getting him writing regularly and getting him out to dinner definitely put him across the finish line. Him speaking with you as a colleague for sure gave him much more confidence in Insys and Subsys than I ever could as a sales person.
As for your dinner dates, almost correct!
April 3,4,9,15,18,24,25,29 is what you just sent, BUT as I mentioned we are in AZ from April 17-21. So you told me to make the 18th April 16.
Also there is no program on April 29. When we picked the 4 May dates you did give me that option, but we went with May 9, 15, 21 30.
So the CORRECT dates should read as April 3,4,9,15,16,24,25 and MAY 9,15,21,30.
FYI the reason I was able to grab the extra budget allocation is they wanted us to push for a QUICK start in April with new activations for "Executive Board" reasons in Q2. So please do continue looking in that direction. I don't care if ultimately a few of those are not able to get approved and we wind up using the guarantee. Really! Like I said I'd rather you put 20(or more, of course, LOL) new patients(commercially insured of course, as always) on it in April and even if we wind up only getting 10- 14 approved, rather than only have you go with the safe 6-7 that you think will all get approved. It is still a winning proposition.
THANKS! See you next week!
Have a great weekend.


RSM-2
Regional Sales Manager
INSYS Therapeutics, Inc.



From: GOFREEDMAN@aol.com [GOFREEDMAN@aol.com]
Sent: Friday, March 29, 2013 8:52 AM
To: RSM-2
Subject: April dates


▮ just to confirm the April dates. April 3,4,9,15,18,24,25,29.
Had a real good time on Wed. ▮ is a nice guy. Seemed convinced to start using Subsys more. I think the program to help w precert was a key. That seems like it would be a good pick up for you guys. Have a good weekend.
  Gordon Freedman, MD


This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message may contain confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.