

**FASULO BRAVERMAN & DI MAGGIO, LLP**
ATTORNEYS AT LAW

Louis V. Fasulo, Esq. – NY & NJ
Samuel M. Braverman, Esq. – NY & NJ
Charles Di Maggio, Esq. – NY & CO

www.FBDMLaw.com
SBraverman@fbdmlaw.com
LFasulo@fbdmlaw.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/19

December 18, 2019

*via electric filing*
Hon. Judge Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 26A
New York, New York 10007

**Re:** *United States v. Gordon Freedman, 18 CR 217 (KMW)*   **MEMO ENDORSED**

Dear Judge Wood:

The Defendant moves for relief, under Federal Rules of Criminal Procedure 29 and 33, from a verdict after trial. I have consulted with the Government and respectfully request this Court set the following motion schedule: Defendant's memorandum of law be filed by January 10, 2020, the Government's opposition by January 31, and any reply by February 7.

*Granted.*
*KMW*

I thank the Court for its consideration.

Respectfully Submitted,

By: /s/ Samuel M. Braverman
FASULO, BRAVERMAN & Di MAGGIO, LLP
225 Broadway, Suite 715
New York, NY 10007
(212) 566-6213

Cc:   United States Attorney's Office (via electronic filing)
Southern District of New York
1 Saint Andrew's Plaza
New York, New York 10007
Attn: Kathrine Reilly, David Abramowicz, and Noah Solowiejczyk

12-18-19
SO ORDERED, N.Y., N.Y.

*Kimba M. Wood*
**KIMBA M. WOOD**
U.S.D.J.

1