


FASULO BRAVERMAN & DI MAGGIO, LLP
ATTORNEYS AT LAW

Louis V. Fasulo, Esq. – NY & NJ
Samuel M. Braverman, Esq. – NY & NJ
Charles Di Maggio, Esq. – NY & CO

www.FBDMLaw.com
SBraverman@fbdmlaw.com
LFasulo@fbdmlaw.com

January 30, 2020

*Via Electronic Filing*
Hon. Judge Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 26A
New York, New York 10007

Re: *United States v. Gordon Freedman, 18 CR 217 (KMW)*

**MEMO ENDORSED**

Dear Judge Wood:

Pursuant to Federal Rules of Criminal Procedure 46(g), I respectfully request that this Court exonerate the surety and issue an Order directing the Clerk to vacate the bond.

Subsequent to the guilty verdict rendered in this case, Dr. Freedman pled guilty and was remanded in *United States v. Freedman, 19 CR 249*, before the Hon. Judge Nathan on December 18, 2019. Dr. Freedman remains in the custody of the Bureau of Prisons pending sentence scheduled for April 23, 2020.

Because Dr. Freedman was remanded with no reasonable expectation of release before sentencing, I respectfully request that this Court exonerate the surety, and issue an Order directing the Clerk to vacate the bond and provide proof of the same to the defense. The Government does not oppose this request.

*Granted. KMW*

Respectfully Submitted,

*Attorneys for Defendant Dr. Freedman*
FASULO, BRAVERMAN & Di MAGGIO, LLP

By: /s/ Samuel M. Braverman
Samuel M. Braverman, Esq.

SO ORDERED: N.Y., N.Y. 2/11/20

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.