LEVITT & KAIZER
ATTORNEYS AT LAW
40 FULTON STREET
23rd FLOOR
NEW YORK, NEW YORK 10038-5077

RICHARD WARE LEVITT*
rlevitt@landklaw.com

NICHOLAS G. KAIZER*
nkaizer@landklaw.com

EMILY GOLUB
of counsel
emilygolublaw@gmail.com

* ADMITTED IN N.Y., FLA., AND D.C.

TELEPHONE
(212) 480-4000

USDC SDNY (212) 480-4444
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/11/20

March 10, 2020

Hon. Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

MEMO ENDORSED

Re:     United States v. Alex Burducea,
        18 Cr. 217 (KMW)

Dear Judge Wood:

Granted.
KMW

In its letter of March 9, 2020 (Doc 276) the Government seeks restitution as to defendants Todd Schlifstein, Alexandru Burducea, and Dialecti Voudouris. After consulting with the Government and defense counsel, we respectfully ask that defendants be permitted to file their opposition papers on or before March 25 and that the Government file its reply, if any, on or before April 3, 2020.

Respectfully,

Richard Levitt

cc: all counsel (via ECF)

3 - 11 - 20
SO ORDERED:   N.Y., N.Y.

KIMBA M. WOOD
U.S.D.J.