```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/13/20    
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA

                     -against-

GORDON FREEDMAN,

                              Defendant.

-----------------------------------------------------------X

18-CR-217 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

       In an effort to reduce all parties' risk of exposure to COVID-19, the sentencing scheduled for Thursday, March 19, 2020, at 11:00 a.m., is adjourned *sine die*.

       SO ORDERED.

Dated: New York, New York
       March 13, 2020

                                                       /s/ Kimba M. Wood /
                                                       KIMBA M. WOOD
                                           United States District Judge