UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA,

              -against-

GORDON FREEDMAN

                                  Defendant.
-------------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/5/20

18 CR 217 (KMW)

SENTENCING
SCHEDULING ORDER

KIMBA M. WOOD, District Judge

       The Defendant is scheduled to be sentenced on January 14, 2021 at 10:00 a.m.

       Any sentencing submissions by Defendant must be made by December 31, 2020, and must state specifically whether Defendant contests any fact in the Presentence Report, and whether Defendant contests the appropriateness of the Probation Officer's Sentencing Recommendation.

       All counsel must review the Court's Individual Rules before submitting sentencing memoranda.

       Any response or other submission from the Government is due January 7, 2021.

SO ORDERED

Dated: New York, New York
       November 5, 2020

                                                  /s/ Kimba M. Wood
                                                     KIMBA M. WOOD
                                           UNITED STATES DISTRICT JUDGE