

**FASULO BRAVERMAN & DI MAGGIO, LLP**
ATTORNEYS AT LAW

Louis V. Fasulo, Esq.– NY & NJ
Samuel M. Braverman, Esq.– NY & NJ
Charles Di Maggio, Esq.– NY & MA

www.FBDMLaw.com
SBraverlaw@fbdmlaw.com

December 22, 2020

Hon. Kimba M. Wood
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

MEMO ENDORSED

Re: *United States v. Gordon Freedman, et al.*
Dkt.: 18 Cr. 217 & 19 Cr 249 (KMW)

Dear Judge Wood:

This Court has scheduled the sentencing of Dr. Gordon Freedman on the above two matters for January 14, 2021. The current coronavirus pandemic has shut down the courthouse for the short term, and due to the current winter surge of pandemic in the New York area, the courthouse house closure can be expected to continue beyond the January 15, 2021 date in Chief Judge Colleen McMahon's current order.

Dr. Freedman would like his sentencing to proceed in person before this Court, as is his right. Therefore, without objection to this request by the Government, I request that this Court adjourn the sentencing to a date in the late spring, convenient to the Court's schedule. I am currently scheduled to begin trials on March 8, 2021 (in the EDPA before Hon. Chad Kenney), on April 26, 2021 (before the Hon. Cathy Seibel) on June 7, 2021 (again before the Hon. Cathy Seibel), and June 21, 2021 (before the Hon. Nelson Roman).

I thank the Court for its consideration of my request, and I wish the Court and its staff a happy and safe holiday.

Respectfully submitted,

s/ Sam Braverman
Samuel M. Braverman, Esq.
Fasulo Braverman & Di Maggio, LLP
225 Broadway, Suite 715
New York, New York 10007
Tel. 212-566-6213

*Sentencing is adjourned to May 17, 2021, at 11:00 a.m. Defendant's Submission is due by May 3. Government Submission is due by May 10.*

*Kimba M. Wood*
12/23/20
SO ORDERED

225 Broadway, Suite 715
New York, New York 10007
Tel (212) 566-6213
Fax (212) 566-8165

505 Eighth Avenue, Suite 300
New York, New York 10018
Tel (212) 967-0352
Fax (201) 596-2724

Post Office Box 127
Tenafly, New Jersey 07670
Tel (201) 569-1595
Fax (201) 596-2724