UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA

        -against-

GORDON FREEDMAN, and
JEFFREY GOLDSTEIN,

                      Defendants.
-----------------------------------------------------------x

**ORDER**
18 CR 217 (KMW)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/30/21

KIMBA M. WOOD, District Judge:

        The Court will hold in-person sentencings for the above-captioned defendants, with the following schedule changes:

        Defendant Goldstein's sentencing is adjourned to May 18, 2021, at 12:00 p.m. Any further sentencing submissions are due to the Court by May 3, 2021, with Government responses due May 11, 2021.

        Defendant Freedman's sentencing will be held on May 17, 2021, at 3:30 p.m. Any further sentencing submissions are due to the Court by April 30, 2021, with Government responses due May 10, 2021.

        SO ORDERED.

Dated: New York, New York
       March 26, 2021

                                            /s/ Kimba M. Wood
                                              KIMBA M. WOOD
                                       UNITED STATES DISTRICT JUDGE