UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

UNITED STATES OF AMERICA

    -against-

                                             18 CR 217 (KMW)

GORDON FREEDMAN and
JEFFREY GOLDSTEIN,

                          Defendants.
-------------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/1/21

The Court amends its March 26, 2021, Order as follows:

Defendant Freedman's sentencing is scheduled for June 15, 2021, at 2:00 p.m. Any further sentencing submissions are due to the Court by June 1, 2021, with the Government's response due by June 8, 2021.

Defendant Goldstein's sentencing is scheduled for June 16, 2021, at 11:00 a.m. Any further sentencing submissions are due to the Court by June 2, 2021, with the Government's response due by June 9, 2021.

SO ORDERED.

Dated: New York, New York
         March 31, 2021

                                              KIMBA M. WOOD
                                   UNITED STATES DISTRICT JUDGE