

FASULO BRAVERMAN & DI MAGGIO, LLP

ATTORNEYS AT LAW

Louis V. Fasulo, Esq.– NY & NJ
Samuel M. Braverman, Esq.– NY & NJ
Charles Di Maggio, Esq.– NY & CO

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/2021
```

August 17, 2021

Hon. Kimba M. Wood
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Gordon Freedman*
      Case No.: 18 Cr. 217 & 19 Cr. 249 (KMW)

Dear Judge Wood,

**MEMO ENDORSED**

I represent Gordon Freedman who is scheduled to surrender to the Bureau of Prisons by 2:00 pm on September 8. For the reasons stated herein, I respectfully request a modification of Mr. Freedman's bail conditions so that he may travel to Louisiana and remain there until he is scheduled to surrender to the Bureau of Prisons.

At our request, this Court recommended that Mr. Freedman be housed at FCI Oakdale in Louisiana. In anticipation of his surrender, Mr. Freedman requests that he be permitted to spend his last month of freedom in Louisiana and reside at an address previously provided to Pre-Trial. In that way, should the BOP designate him to FCI Oakdale, he may walk-in and surrender directly to the facility. If he is not designated to FCI Oakdale, Mr. Freedman would still surrender to the US Marshals in Louisiana by his surrender date. Please note that Mr. Freedman's lease for his apartment in New York ends on September 1 and it may not be extended because his building has been sold.

*Granted*

Should this request be approved, all other conditions of Mr. Freedman's release would remain the same.

The Government and Pre-Trial Services have no objection to this request.

225 Broadway, Suite 715
New York, New York 10007
Tel (212) 566-6213
Fax (212) 566-8165

505 Eighth Avenue, Suite 300
New York, New York 10018
Tel (212) 967-0352
Fax (201) 596-2724

1086 Teaneck Rd, Ste 3A
Teaneck, New Jersey 07666
Tel (201) 569-1595
Fax (201) 596-2724

Thank you for your attention in this matter. Should you require any additional information, please do not hesitate to contact me.

> Respectfully submitted,
>
> s/Sam Braverman
> Samuel M. Braverman
> Fasulo Braverman & Di Maggio, LLP
> 225 Broadway, Suite 715
> New York, New York 10007
> Tel. 212-566-6213

Cc: AUSA (via ECF)

8/18/21

SO ORDERED, N.Y., N.Y.

*/s/ Kimba M. Wood/*

KIMBA M. WOOD
U.S.D.J.

225 Broadway, Suite 715
New York, New York 10007
Tel (212) 566-6213
Fax (212) 566-8165

505 Eighth Avenue, Suite 300
New York, New York 10018
Tel (212) 967-0352
Fax (201) 596-2724

1086 Teaneck Rd, Ste 3A
Teaneck, New Jersey 07666
Tel (201) 569-1595
Fax (201) 596-2724